# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

In re: KEVIN DANIEL KREMBS                                             Case No.: 10-23222  KL

　　　　Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

PAUL CHAEL, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  07/10/2010.
2) The plan was confirmed on  10/20/2010.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  10/22/2010.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was discharged under 11 U.S.C. Section 1328(b) on  09/06/2013.
6) Number of months from filing or conversion to last payment: 38.
7) Number of months case was pending: 39.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: 401,310.65.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $101,783.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$101,783.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $1,800.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $3,145.94 |
| Other: | $87.50 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,033.44** |
| Attorney fees paid and disclosed by debtor: | $1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EDUCATION SVCS | Unsecured | 127,765.82 | NA | NA | .00 | .00 |
| AMERICAN EDUCATION SVCS | Unsecured | 7,556.72 | NA | NA | .00 | .00 |
| AMERICAN HONDA | Secured | 16,398.00 | 16,283.76 | 16,283.76 | 8,830.53 | 1,603.49 |
| AMERICAN HONDA | Secured | 13,000.00 | 13,078.06 | 13,078.06 | 6,975.52 | 1,296.50 |
| ASF INTERNATIONAL | Unsecured | 187.00 | NA | NA | .00 | .00 |
| AT&T | Unsecured | 244.89 | NA | NA | .00 | .00 |
| BECKET & LEE LLP | Unsecured | 2,376.66 | 5,740.67 | 5,740.67 | .00 | .00 |
| BECKET & LEE LLP | Unsecured | 1,864.00 | 3,529.61 | 3,529.61 | .00 | .00 |
| COMCAST CABLE | Unsecured | 486.97 | NA | NA | .00 | .00 |
| DE LAGE LANDON | Unsecured | NA | 8,310.35 | 8,310.35 | .00 | .00 |
| DISTANT HORIZON INC | Unsecured | 180.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING LLC | Unsecured | 14,760.00 | 14,883.44 | 14,883.44 | .00 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 15,792.00 | 16,969.44 | 16,969.44 | .00 | .00 |
| ECMC | Unsecured | 13,504.88 | 128,126.74 | 128,126.74 | .00 | .00 |
| ELAN FINANCIAL SERVICES | Unsecured | NA | 1,587.03 | 1,587.03 | .00 | .00 |

1234-3B-EPIE3B-00168764-159452

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re: KEVIN DANIEL KREMBS                                         Case No.: 10-23222   KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FIFTH THIRD BANK | Unsecured | 2,196.00 | 900.92 | 900.92 | .00 | .00 |
| IND DEPT OF REV | Priority | NA | 6,401.77 | 6,401.77 | 2,701.96 | .00 |
| IND DEPT OF REV | Secured | 6,342.00 | 890.91 | 890.91 | 890.91 | 9.06 |
| IND DEPT OF REV | Unsecured | NA | 1,025.69 | 1,025.69 | .00 | .00 |
| INDIANA DEPT OF REVENUE | Priority | 877.84 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 52,592.00 | 52,437.86 | 52,437.86 | 22,132.03 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,430.31 | 1,430.31 | .00 | .00 |
| JOHN KREMBS | Unsecured | NA | 43,963.37 | 43,963.37 | .00 | .00 |
| KEY BANK | Unsecured | NA | 13,372.97 | 13,372.97 | .00 | .00 |
| LAKE CTY CLERK TREASURER | Priority | 1,081.00 | .00 | .00 | .00 | .00 |
| REAL TIME RESOLUTIONS | Secured | 34,843.00 | 35,217.32 | 35,217.32 | .00 | .00 |
| RRS INC | Unsecured | NA | 187.00 | 187.00 | .00 | .00 |
| SECCION AMARILLA USA | Unsecured | 375.00 | NA | NA | .00 | .00 |
| SUNRISE CREDIT SERVICES | Unsecured | NA | 6,583.70 | 6,583.70 | .00 | .00 |
| THE STUDENT LOAN CORP | Unsecured | 6,530.87 | NA | NA | .00 | .00 |
| THOMAS C ODONNELL | Unsecured | NA | 30,790.00 | 30,790.00 | .00 | .00 |
| US BANCORP BUS EQUIPMENT | Unsecured | NA | 21,192.27 | 21,192.27 | .00 | .00 |
| US BANK | Unsecured | NA | 578.94 | 578.94 | .00 | .00 |
| US BANK | Unsecured | NA | 58,304.05 | 58,304.05 | .00 | .00 |
| US BANK | Secured | 152,000.00 | 9,999,999.99 | 52,019.28 | 52,019.28 | .00 |
| US BANK | Secured | NA | 190.28 | 190.28 | 190.28 | .00 |
| US BANK | Secured | NA | 100.00 | 100.00 | 100.00 | .00 |

1234-3B-EPIE3B-00168764-159452

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re:  KEVIN DANIEL KREMBS                                                      Case No.:  10-23222   KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO ED FIN SVC | Unsecured | NA | 7,315.87 | 7,315.87 | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 87,236.60 | 52,019.28 | .00 |
| Mortgage Arrearage: | 290.28 | 290.28 | .00 |
| Debt Secured by Vehicle: | 29,361.82 | 15,806.05 | 2,899.99 |
| All Other Secured: | 890.91 | 890.91 | 9.06 |
| **TOTAL SECURED:** | 117,779.61 | 69,006.52 | 2,909.05 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 58,839.63 | 24,833.99 | .00 |
| **TOTAL PRIORITY:** | 58,839.63 | 24,833.99 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 364,792.37 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $5,033.44 |
| Disbursements to Creditors: | $96,749.56 |
| **TOTAL DISBURSEMENTS:** | $101,783.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  10/01/2013                                      By:   /s/PAUL CHAEL
                                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

| | |
|---|---|
| IN RE: | CASE NO: |
| KEVIN DANIEL KREMBS | 10-23222  KL |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on the date noted below, to the debtor, attorney for the debtor, and the United States Trustee.

Date: October 22, 2013                                   /s/PAUL CHAEL
                                                                          PAUL CHAEL